# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>POST GOLDTEX GP, LLC<br>POST GOLDTEX, L.P.<br>KLINGSTUBBINS, LLP<br>KLINGSTUBBINS, INC.,<br><br>Defendants. | CIVIL ACTION<br><br>NO. 14-4441 |

## ORDER

**AND NOW**, this *14th* day of *January*, 2015, upon consideration of Defendants Post Goldtex GP, LLC and Post Goldtex, L.P. ("Post Goldtex Defendants")'s Motion to Dismiss (Docket No. 13) and Motion for Sanctions (Docket No. 15), Defendants Klingstubbins, LLP and Klingstubbins, Inc. (Klingstubbins Defendants)'s Motion to Dismiss and for Sanctions (Docket No. 14), Plaintiff Fair Housing Rights Center in Southeastern Pennsylvania ("Plaintiff")'s Response in Opposition (Docket No. 16), the Post Goldtex Defendants' Reply Brief (Docket No. 18), the Klingstubbins Defendants' Reply Brief (Docket No. 19), and Plaintiff's Sur-Reply Brief (Docket No. 20), it is hereby **ORDERED** that:

1. Defendants' Motions to Dismiss Plaintiff's Complaint are **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**; and

3. Defendants' Motions for Sanctions are **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.